UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 19-cv-61297-WPD

MICHAEL RIZZO,                          :
                                        :
            Plaintiff,                   :
                                        :
v.                                      :
                                        :
MSC CRUISES, S.A.                       :
                                        :
            Defendant.                   :
                                        :
_____

## JOINT MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES

Plaintiff, MICHAEL RIZZO, and Defendant, MSC CRUISES, S.A., hereby move the

Court for a 30-day extension of the Plaintiff's Expert Disclosure deadline and a 7-day extension

of the Defendant's Expert Disclosure deadline, and in support thereof states the following:

1.     This is a personal injury action involving an alleged slip and fall aboard a cruise

ship.

2.     On or about June 28, 2019, the parties filed their Joint Scheduling Report and

Discovery Plan [DE 12] (hereinafter "JSR") with the Court which requested the following

pertinent deadlines:

| | |
|---|---|
| **January 3, 2020** | Plaintiff shall provide opposing counsel with a written list with the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Plaintiff shall also furnish opposing counsel with expert reports or summaries of its retained expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). The experts' deposition may be conducted without further Court order. |
| **February 3, 2020** | Defendant shall provide opposing counsel with a written list with the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses |

listed shall be permitted to testify. Defendant shall also furnish opposing counsel with expert reports or summaries of its retained expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). The experts' deposition may be conducted without further Court order. (**75 days prior to Discovery Deadline**)

3.      On or about July 1, 2019, this Honorable Court entered its Order Setting Trial Date & Discovery Deadlines, et al. [DE 14] (hereinafter "Scheduling Order") wherein the Court set dates for trial, calendar call, discovery cutoff, and other important deadlines. The Scheduling Order did not provide a deadline for expert disclosures, but stated, "dates and other agreements between the parties not otherwise addressed herein shall be considered part of this Order." Accordingly, the Court adopted the parties' proposed Expert Disclosure deadlines as provided in the JSR.

4.      The parties are jointly seeking to move the two deadlines as follows, and are proposing to make these revisions without moving any other Court deadlines, including without limitation, the trial period:

| **Event**: | **Current Deadline**: | **Proposed Deadline**: |
|---|---|---|
| Plaintiff's Expert Disclosure | January 3, 2020 | February 3, 2020 |
| Defendant's Expert Disclosure | February 3, 2020 | February 10, 2020 |

5.      Unfortunately, when the JSR was drafted, not enough consideration was given to the timing of Plaintiff's expert disclosure as it pertains to the holidays. Rather the parties focused primarily on how the proposed deadlines correlated to the anticipated trial date. Indeed, at least one expert who has since been retained by Plaintiff is unavailable from December 20, 2019 through January 2, 2020. In retrospect, proposing deadlines that fell immediately after the winter holidays was ill-advised.

6.      It should be noted that in proposing the afore-mentioned dates, the parties had also

proposed a discovery cut-off date of March 18, 2020 which is twenty-one (21) days earlier than the discovery cut-off date that was provided by the Court's Scheduling Order (April 8, 2020). Accordingly, even though the parties are seeking to push the expert disclosure deadlines back, the parties are not losing much, if any, time to complete discovery from what was contemplated when the JSR was jointly drafted.

7.      Additionally, while the original deadlines included staggered disclosures where the Plaintiff's expert disclosures where due by January 3, 2020 and the Defendant's expert disclosures were due 30 days later, on February 3, 2020, the proposed change shortens the staggered period so that Defendant's expert disclosures would only be pushed back seven (7) days from the date that they are currently due. Put another away, under the current JSR, expert disclosure would be complete on February 3, 2020 after both parties have exchanged disclosures, however, if the Court were to grant the relief sought herein, expert disclosure would be complete on February 10, 2020 after both parties have exchanged disclosures, resulting in just an additional 7 days from what was originally proposed.

8.      Finally, if the relief requested herein is granted, the parties have agreed to use this additional time to continue to explore settlement.

9.      This is motion is not being filed for purposes of delay, and to the contrary, the parties are not seeking any relief from the trial date, calendar call, discovery cut-off, motion deadline or any other scheduled event.

10.      **CERTIFICATE OF CONFERRAL**: Undersigned counsel certifies that both parties have conferred, filing this motion jointly, and neither opposes the relief sought herein.

WHEREFORE, the parties, Plaintiff, MICHAEL RIZZO, and Defendant, MSC CRUISES, S.A. respectfully request the Court to enter an Order granting this motion, extending the Plaintiff's

Expert Disclosure from January 3, 2020 until February 3, 2020, and extending the Defendant's

Expert Disclosure from February 3, 2020 until February 10, 2020.

**Respectfully Submitted By,**

Dated: December 9, 2019

*/s/   Michael J. Pascucci, Esq.*
Michael J. Pascucci, Esq.
Fla. Bar. No.: 83397
Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
Steven N. Saul, Esq.
Fla. Bar No.:1002827
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel:     (954) 889-3359
Fax:     (954) 889-5913
Mpascucci@JusticeEarned.com
JEggnatz@JusticeEarned.com
SSaul@JusticeEarned.com

Brandon L. Chase, Esq.
Fla Bar No.: 90961
**LAW OFFICES OF BRANDON L. CHASE, P.A.**
2800Ponce de Leon Blvd
Suite 1100
Coral Gables, FL 33134
Tel:     (305) 677-2228
Fax:     (305) 677-3232
brandon@chasejustice.com
eservice@chasejustice.com

*Attorneys for Michael Rizzo*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on December 9, 2019, and that the foregoing document is being served this day on all counsel of record via Email.

/s/ *Michael J. Pascucci*__
Michael J. Pascucci, Esq.

**SERVICE LIST**

Michael J. Pascucci, Esq.

Fla. Bar. No.: 83397
Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
Steven N. Saul, Esq.
Fla. Bar No.:1002827
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel:    (954) 889-3359; Fax:  (954) 889-5913
Mpascucci@JusticeEarned.com
JEggnatz@JusticeEarned.com
SSaul@JusticeEarned.com

Brandon L. Chase, Esq.
Fla Bar No.: 90961
**LAW OFFICES OF BRANDON L. CHASE, P.A.**
2800 Ponce de Leon Blvd
Suite 1100
Coral Gables, FL 33134
Tel:    (305) 677-2228
Fax:    (305) 677-3232
brandon@chasejustice.com
eservice@chasejustice.com

*Attorneys for Michael Rizzo*

Jeffrey B. Maltzman, Esq.
Fla. Bar No.: 48860
jeffreym@maltzmanpartners.com
Steve Holman, Esq.
Fla. Bar No.: 547840
steveh@maltzmanpartners.com
T. Alexander Devine, Esq.
Fla Bar No.: 10052
alexd@maltzmanpartners.com
**MALTZMAN & PARTNERS, P.A.**
55 Miracle Mile
Suite 320
Coral Gables, FL 33134
Tel: 305-779-5665; Fax: 305-779-5664

*Attorneys for MSC Cruises, S.A.*