UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61297-CIV-DIMITROULEAS

MICHAEL RIZZO,

    Plaintiff,

vs.

MSC CRUISES, S.A.,

    Defendant.

_____/

### ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Notice of Settlement [DE 20], filed on February 19, 2020.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file the appropriate dismissal papers[1] on or before **March 2, 2020**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).